IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF TEXAS
                              DALLAS DIVISION

| | | |
|---|---|---|
| DAVID RAMIREZ | § | |
|     PLAINTIFF, | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 3:22-CV-02698-M |
| | § | JURY |
| FIESTA MART, LLC | § | |
|     DEFENDANT. | § | |

## CERTIFICATE OF INTERESTED PERSONS

    Pursuant to the Court's Order, the undersigned counsel of record certifies that the following listed persons have a final interest in the outcome of this case. These representations are made in order that the Judge of the Court may evaluate possible disqualification or refusal.

## **PARTIES**

1. David Ramirez
2. Fiesta Mart, LLC

## **ATTORNEYS**

1. Rachel Verich
   Jorge Jasso
   James Trujillo
   David Sanchez
   Law Office of Trujillo & Sanchez PC
   500 E. John Carpenter Fwy., Ste. 140, Irving, Texas 75062
   972.529.3476

2. Maryalace Cox
   Mehaffy Webber PC
   500 Dallas Street
   Houston, Texas 77002
   713.655.1200

## **PLAINTIFF'S MEDICAL PROVIDERS**

1. **DFW Open MRI**
   10611 Garland Rd., Ste. 101
   Dallas, Texas 75218

2. **Premier Injury Clinics of DFW**
   3501 Gus Thomasson Rd., Ste. 75
   Mesquite, Texas 75150
   Tel: (972) 279-9111

3. **American Specialty Pharmacy**
   13988 Diplomat Dr., Ste. 100B
   Farmers Branch, Texas 75234
   Tel: (214) 432-4422

4. **MDN Injury Care**
   4020 N. Macarthur Blvd.
   Irving, Texas 75038
   Tel: (817) 308-8477

5. **Singleton Associates, PA**
   7600 W. Tidwell Rd., Ste. 103
   Houston, Texas 77040

Respectfully submitted,

**TRUJILLO & SANCHEZ, P.C.**

By:     */s/ Rachel Verich*
        Rachel Verich
        State Bar No. 24123190

**Service Email:** Faxes@972lawfirm.com

500 E. John Carpenter
1st Floor, Suite 140
Irving, Texas 752062
Tel/Fax: (972) 529-3476

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of December, 2022, a true and correct copy of the foregoing was served, vie the ECF email address provided, to all counsel of record, in accordance with the Federal Rules of Civil Procedure:

/s/ *Rachel Verich*
Rachel Verich